IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASEE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO.: 4:01-cr-34-SPM

MARIO TORENZA BETSEY,
         Defendant.
_____/

## ORDER TERMINATING SUPERVISED RELEASE

This cause comes for consideration of Defendant's Motion to Terminate Supervised Release (doc. 39). Defendant has served three years of the five year term of supervised release to which he was sentenced. The probation office supports the Defendant's request. The Court finds that early termination is warranted by the conduct of Defendant and in the interest of justice. 18 U.S.C. § 3583(e); Fed. R. Crim. P. 32.1(c)(2)(B). Accordingly, it is

ORDERED AND ADJUDGED that Defendant's Motion for Early Termination of Supervised Release (doc. 39) is **granted**. Defendant's term of supervised release is terminated and Defendant is discharged.

DONE AND ORDERED this <u>twenty-second</u> day of June, 2010.

                                   *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge